UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, as assignee and
subrogee of U.S. Protect Corp.,

           Plaintiff,

-vs-                                      Case No.  2:10-cv-553-FtM-29SPC

LISA HUDEC, RICHARD S. HUDEC,

           Defendants.
_____

**ORDER**

This matter comes before the Court upon review of the file.  On May 9, 2011, the District Court issued a ruling denying the Defendant's Second Motion to Dismiss and adopted the Report and Recommendation of the Magistrate Judge.  See Doc. #32.  The parties have filed a "Case Management Report (Doc. #34).  At this time, the Court finds a status conference is appropriate to determine the course of the case management.  Accordingly, it is now

**ORDERED:**

A Status Conference has been scheduled for **SEPTEMBER 6, 2011, at 10:30 A.M..**  The parties are permitted to appear telephonically.  Parties should contact Leslie Hinton, Courtroom Deputy, at 239-461-2068, to provide contact information**.**

**DONE AND ORDERED** at Fort Myers, Florida, this   22nd    day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record