UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, as assignee and
subrogee of U.S. Protect Corp.,

            Plaintiff,

-vs-                                          Case No.  2:10-cv-553-FtM-29SPC

LISA HUDEC, RICHARD S. HUDEC,

            Defendants.
_____

**ORDER**

       This matter comes before the Court *sua sponte* based upon the proceedings before the undersigned during the status conference held on September 6, 2011.  At that status conference, it was determined by the Court, and agreed to by all Parties, that the tracking of this suit should be changed from a Track 1 to a Track 2.

       Accordingly, it is now **ORDERED:**

       (1) The Clerk of the Court is hereby directed to re-designate the instant action as a **Track 2** case.

       (2) The Parties are hereby directed to file a new Case Management Report in Compliance with M.D. Fla. Local Rule 3.05(c)(2)(C).

       **DONE AND ORDERED** at Fort Myers, Florida, this   12th    day of September, 2011.

                                                                        SHERI POLSTER CHAPPELL
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record