## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, as assignee and
subrogee of U.S. Protect Corp.,

                Plaintiff,

-vs-                                        Case No.  2:10-cv-553-FtM-29SPC

LISA HUDEC, RICHARD S. HUDEC,

                Defendants.

_____

## ORDER

      This matter comes before the Court *sua sponte* based upon the proceedings before the undersigned during the status conference held on September 6, 2011.  At that status conference, it was determined by the Court, and agreed to by all Parties, that the tracking of this suit should be changed from a Track 1 to a Track 2.

      Accordingly, it is now **ORDERED:**

      (1) The Clerk of the Court is hereby directed to re-designate the instant action as a **Track 2** case.

      (2) The Parties are hereby  directed to file a new Case Management Report in Compliance with M.D. Fla. Local Rule 3.05(c)(2)(C).

      **DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of September, 2011.

*Sheri Polster Chappell*

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record